**Dismissed and Opinion Filed January 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01291-CV

### ESTATE OF ALBERT G. HILL, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-04117-2**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Osborne
Opinion by Justice Myers

Before the Court is appellant's motion to dismiss appeal.[1] Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

181291F.P05

---

[1] In the motion, appellant states "he reserves the right" to move to reinstate this appeal should a certain circumstance arise. Any such motion must be filed in accordance with Texas Rule of Appellate Procedure 49.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ESTATE OF ALBERT G. HILL, JR.,
DECEASED

No. 05-18-01291-CV

On Appeal from the Probate Court No. 2,
Dallas County, Texas
Trial Court Cause No. PR-17-04117-2.
Opinion delivered by Justice Myers,
Justices Molberg and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees Tyree B. Miller and Margaret Kehiler recover their costs, if any, of this appeal from appellant Albert G. Hill, III.

Judgment entered this 24th day of January 2019.